# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JHENSY SAILLANT,** | : | CIVIL ACTION NO. 1:20-CV-1949 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 14th day of May, 2021, upon consideration of the petition for writ of error *coram nobis* and motion to vacate judgment pursuant to 28 U.S.C. § 2255, (Doc. 1), and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's petition for writ of error *coram nobis* and motion to vacate judgment pursuant to 28 U.S.C. § 2255 (Doc. 1) is DISMISSED for lack of jurisdiction.

2. Petitioner's application for leave to proceed *in forma pauperis* (Doc. 4) is DENIED AS MOOT as the filing fee has been paid.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania